**Nicole Rena MCCREA, Plaintiff-Appellant,**

v.

**The JOHNS HOPKINS UNIVERSITY; Dexter Smith; Eileen Haase, Defendants-Appellees.**

**No. 16-2240**

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017

Decided: April 3, 2017

Nicole Rena McCrea, Appellant Pro Se. Elena D. Marcuss, Adam Thomas Simons, MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Rena McCrea appeals the district court's order denying relief on her complaint asserting claims under Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d—2000d-7 (2012); Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681—1688 (2012); Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (2012); Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131—12165 (2012); and 42 U.S.C. §§ 1981, 1983, 1985 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *McCrea v. The Johns Hopkins Univ.*, No. 1:15-cv-00579-JKB, 2016 WL 6166999 (D. Md. Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED